IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:21MJ-3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| ROBERT SHERMAN KERBER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Stuart J. Dornan and hereby enters his appearance as retained counsel on behalf of the Defendant, Robert Sherman Kerber.

ROBERT SHERMAN KERBER, Defendant,

By:  *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz
Conway & Dahlquist PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Tessie L. Smith, Assistant United States Attorney
Jessica L. Milburn, Assistant Federal Public Defender

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant